THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD ACKRIDGE, Appellant, v WARDEN DIAZ, Respondent.

Decided October 20, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge DIFIORE taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERRELL TAYLOR, Appellant, v S. DOLCE, Superintendent of Orleans Correctional Facility, Respondent.

Decided October 20, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MASAO YONAMINE, Appellant, v WILLIAM J. CONNOLLY, Superintendent, Fishkill Correctional Facility, Respondent.

Submitted August 8, 2016; decided October 20, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.